IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IRISH ANDERSON**                                                                                          **PLAINTIFF**

v.                                       CASE NO. 4:22-CV-00550-BSM

**DOLGENCORP LLC;**
**DOLLAR GENERAL LLC**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE